Argued and submitted November 14, 2003, appeal dismissed September 1, 2004

In the Matter of the Marriage of

Mary E. DIETSCH,
fka Mary E. Lutterman,
*Appellant,*
*and*

Allen E. LUTTERMAN,
*Respondent.*

901529; A119159

97 P3d 1205

Jacqueline L. Koch argued the cause for appellant. With her on the briefs was Koch & Deering.

Mark Johnson argued the cause for respondent. With him on the brief was Bennett, Hartman, Morris & Kaplan, LLP.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

## PER CURIAM

On February 26, 2002, the trial court found husband in contempt and awarded wife a money judgment for husband's failure to pay wife a portion of rents owed on the parties' rental properties in accordance with the parties' marital settlement agreement. Wife appeals the trial court's denial of her motion to set aside the contempt judgment in order to correct a clerical error.

In *Lutterman and Lutterman*, 195 Or App 124, 97 P3d 664 (2004), we reversed and remanded the trial court's judgment of contempt. As a result, wife's appeal in this case is moot.

Appeal dismissed.